# PLEA MINUTE SHEET
### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEW MEXICO

| CR - MV 12-1911-MV | UNITED STATES vs. Jose A. Herrera | | |
|---|---|---|---|
| **Before The Honorable Martha Vázquez, United States District Judge** | | | |
| Hearing Date: November 19, 2013 | | Time In and Out: | 9:58 a.m. / 10:20 a.m.  Total Time in Court = 22 minutes |
| Clerk: Linda Romero | | Court Reporter: | Susan Sperry |
| Defendant: Jose A. Herrera | | Defendant's Counsel: | Erlinda Johnson |
| AUSA: Samuel Hurtado | | Interpreter: | none    Sworn |

| | |
|---|---|
| X | Defendant Sworn |
| X | If Deft proceeding by way of information, Deft acknowledges right to an indictment and waives that right. |
| X | Terms and conditions of proposed plea agreement explained. |
| X | Factual predicate to sustain the plea provided. |
| X | Deft questioned re Deft's age, education, physical/mental condition, and whether under the influence of alcohol, drugs, or any medication.   Deft advised of charge(s), penalties and possible consequences of the plea. |
| X | Court finds defendant competent to proceed. |
| X | Deft advised of constitutional rights, loss of rights, and maximum possible penalties (including imprisonment, fine, supervised release, probation, SPA, restitution, and any forfeitures). |
| X | Deft questioned re time to consult with attorney and if satisfied with his or her representation. |
| X | Court finds Deft fully understands charge(s), terms of plea, and the consequences of entry into plea agreement. |
| X | Deft pleads GUILTY to:   Conspiracy – possession w/intent to distribute a controlled substance |
| X | Allocution by Deft on elements of charge(s). |
| X | Court finds plea freely, voluntarily, and intelligently made; plea of guilty accepted. |
| X | Deft adjudged guilty. |
| X | Sentencing Date:   November 19, 2013 |
| X | Defendant to Remain in Custody |
|   | Present conditions of release continued       Conditions changed to: |
|   | Penalty for failure to appear explained |
|   | Presentence Report Ordered       **Expedited (Type III)** |
| X | Other Matters:   Court addresses defendant.   Defense counsel addresses Court and reviews terms of plea agreement.   Government counsel addresses Court. |