UNITED STATES DISTRICT COURT, DISTRICT OF NEW MEXICO
# SENTENCING MINUTE SHEET

| | | | |
|---|---|---|---|
| CR No. | 12-1911-MV | USA vs. | Herrera |
| Date: | November 19, 2013 | Name of Deft: | Jose A. Herrera |
| Before the Honorable | | Martha Vázquez | |

| | | | |
|---|---|---|---|
| Time In/Out: | 10:20 a.m. / 10:45 a.m. | Total Time in Court (for JS10): | 25 minutes |
| Clerk: | Linda Romero | Court Reporter: | Susan Sperry |
| AUSA: | Samuel Hurtado | Defendant's Counsel: | Erlinda Johnson |
| Sentencing in: | Santa Fe, New Mexico | Interpreter: | |
| Probation Officer: | Charlotte C De Baca | Sworn? | Yes ☐  No ☐ |
| Convicted on: | **X** Plea  ☐ Verdict | As to: | **X** Information  ☐ Indictment |
| If Plea: | **X** Accepted  ☐ Not Accepted | Adjudged/Found Guilty on Counts: | |
| If Plea Agreement: | **X** Accepted  ☐ Not Accepted  ☐ No Plea Agreement | Comments: | |
| Date of Plea/Verdict: | 11/19/13 | PSR: | **X** Not Disputed  ☐ Disputed |
| PSR: | **X** Court Adopts PSR Findings | Evidentiary Hearing: | **X** Not Needed  ☐ Needed |
| Exceptions to PSR: | | | |

## SENTENCE IMPOSED

Imprisonment (BOP): 48 months

| | | | |
|---|---|---|---|
| Supervised Release: | 3 years | Probation: | **X** 500-Hour Drug Program |
| ☐ Court recommends ICE begin removal proceedings immediately or during service of sentence | | | ☐ ICE not applicable |

### SPECIAL CONDITIONS OF SUPERVISION

| | | | |
|---|---|---|---|
| ☐ | No re-entry without legal authorization | ☐ | Home confinement for _____ months _____ days |
| ☐ | Comply with ICE laws and regulations | ☐ | Community service for _____ months _____ days |
| **X** | Substance abuse treatment program | ☐ | Reside residential reentry center _____ months _____ days |
| ☐ | Mental health treatment program | ☐ | Register as sex offender |
| **X** | No alcohol/intoxicants | ☐ | Participate in sex offender treatment program |
| **X** | Submit to search of person/property | ☐ | Possess no sexual material |
| ☐ | No contact with victim(s) and/or co-Deft(s) | ☐ | No computer with access to online services |
| ☐ | No entering, or loitering near, victim's residence | ☐ | No contact with children under 18 years |
| **X** | Provide financial information | ☐ | No volunteering where children supervised |
| ☐ | Grant limited waiver of confidentiality | ☐ | Restricted from occupation with access to children |
| **X** | Educational or vocational program | ☐ | No loitering within 100 feet of school yards |
| **X** | OTHER: No synthetic or designer drugs. | | |

| | | | | |
|---|---|---|---|---|
| Fine: | $ 0 | | Restitution: $ | 0 |
| SPA: | $ 100  ($100 as to each Count) | Payment Schedule: | **X** Due Imm. | ☐ Waived |
| OTHER: | | | | |

| | | | |
|---|---|---|---|
| ☐ | Advised of Right to Appeal | **X** | Waived Appeal Rights per Plea Agreement |
| **X** | Held in Custody | ☐ | Voluntary Surrender |
| **X** | Recommended place(s) of incarceration: | | FCI Florence, CO, if eligible.  Alternatively, FCI Phoenix or FCI La Tuna, in that order. |
| **X** | Dismissed Counts: | | Government files Motion in open court to dismiss the indictment against defendant and co-defendant Amy Gonzales.  Court grants Motion. |

| | |
|---|---|
| | UNITED STATES DISTRICT COURT, DISTRICT OF NEW MEXICO<br>**SENTENCING MINUTE SHEET** |
| OTHER COMMENTS | Court addresses defendant.   Defense counsel addresses Court.   Defendant addresses Court.   Defendant identifies family members in Court.   Court addresses defendant's nephews in Court.   Government counsel addresses Court.   Court addresses defendant.   Court imposes sentence. |