# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

## CLERK'S MINUTES

*Before the Honorable Martha Vázquez*

**Case No.:**   CR 12-1911-MV           **Date:**   April 6, 2018

**Title:**   USA v. Jose A. Herrera

**Courtroom Clerk:**   Linda Romero      **Court Reporter:**   Carmela McAlister

**Court in Session:**   9:00 a.m.        **Court in Recess:**   9:40 a.m.

TOTAL TIME IN COURT =   40 minutes

**TYPE OF PROCEEDING:**      Judicial Review Conference

**COURT'S RULINGS AND/OR DISPOSITION:**

**ORDER CONSISTENT WITH COURT'S RULING TO BE PREPARED BY:**

**INTERPRETER:**

**ATTORNEY(S) FOR PLAINTIFF:**             **ATTORNEY(S) FOR DEFENDANT:**

Samuel Hurtado (Excused)                   Erlinda Johnson (Excused)

**PROCEEDINGS:**

9:00 a.m.    Court in Session.

            Court addresses defendant, defendant responds to Court's inquiries.

            Probation Officer Jeffrey Martinez-Spelich addresses defendant and Court.

9:40 a.m.    Court in recess.